KEKER & VAN NEST LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
ELLIOT R. PETERS - #158708
epeters@kvn.com
BRIAN L. FERRALL - #160847
bferrall@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
msegal@segalandkirby.com
770 L Street, Suite 1449
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>FREDERICK SCOTT SALYER,<br><br>            Defendant. | Case No. 2:10-CR-0061-LKK (GGH)<br><br>**ORDER AND DEFENDANT'S UNOPPOSED APPLICATION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE TO ATTEND STATE COURT PROCEEDING**<br><br>**NO HEARING REQUESTED** |

585609.01

ORDER AND DEFENDANT'S APPLICATION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL
RELEASE TO ATTEND STATE COURT PROCEEDING
CASE NO. 2:10-CR-0061-LKK (GGH)

The conditions specified in the amended release order issued on September 17, 2010 (Docket No. 217, ¶¶13 & 14) require the defendant to remain in his residence in Pebble Beach, California, under electronic monitoring twenty-four hours a day, seven days a week subject to specifically delineated exceptions.

The defendant respectfully requests that the Court issue an order temporarily modifying those conditions to permit him to attend an upcoming state court proceeding. The proceeding is a hearing on November 16, 2011 at 9:00 a.m. before Judge Susan Matcham of the Superior Court of California, County of Monterey. The hearing concerns Salyer's marital dissolution agreement with Terri Nelson Salyer, Defendant's second wife. While the defendant is away from his residence, he will remain subject to electronic monitoring, will be present at the courthouse, will be accompanied by a custodian acceptable to the Pretrial Services Office, and will provide a phone number and be available to Pretrial Services at all time.

The defendant has requested travel permission from his Pretrial Services Officer in San Jose. The Pretrial Services Officer does not oppose the modification of the conditions of release for the above-stated purpose.

The government does not oppose this application.

1
ORDER AND DEFENDANT'S APPLICATION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL
RELEASE TO ATTEND STATE COURT PROCEEDING
CASE NO. 2:10-CR-0061-LKK (GGH)

585609.01

# ORDER

GOOD CAUSE APPEARING, the conditions of release requiring the defendant to remain in his residence in Pebble Beach, California, under electronic monitoring twenty-four hours a day, seven days a week, are hereby modified to permit the defendant to attend the hearing on November 16, 2011 at 9:00 a.m. before Judge Susan Matcham in the Superior Court of California, County of Monterey. While the defendant is away from his residence, he will remain subject to electronic monitoring, will be present at the Courthouse, will be accompanied by a custodian acceptable to the Pretrial Services Office, and will provide a phone number and be available to Pretrial Services at all time.

**IT IS SO ORDERED.**

Dated: October 26, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT