UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FREDERICK SCOTT SALYER,

        Defendant.
_____/

NO. CR. S-10-061 LKK

O R D E R

    The court orders the government's Exhibits C - J filed under seal until the case is finally disposed of.

    IT IS SO ORDERED.

    DATED: November 2, 2011.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT