KEKER & VAN NEST LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
ELLIOT R. PETERS - #158708
epeters@kvn.com
BRIAN L. FERRALL - #160847
bferrall@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
msegal@segalandkirby.com
770 L Street, Suite 1449
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>FREDERICK SCOTT SALYER,<br><br>                      Defendant. | Case No. 2:10-CR-0061-LKK (GGH)<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED APPLICATION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>Courtroom: 4, 15th Floor<br>Judge:    Hon. Lawrence K. Karlton<br><br>Date Comp. Filed:    February 18, 2010<br><br>**Trial Date: April 17, 2012** |

GOOD CAUSE APPEARING THEREFORE, the conditions of release requiring the defendant to remain in his residence in Pebble Beach, California, under electronic monitoring twenty-four hours a day, seven days a week, are hereby modified to permit the defendant to attend Thanksgiving and Christmas dinners at the residences identified in Defendant's sealed Application, along with associated travel at the discretion of and under the direction of Pre-Trial Services. While the defendant is away from his residence, he will remain subject to electronic monitoring and be available to Pretrial Services at all times at the telephone numbers provided.

**IT IS SO ORDERED.**

Dated: November 9, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT