KEKER & VAN NEST LLP
JOHN KEKER, #49092
ELLIOT R. PETERS, #158708
BRIAN L. FERRALL, #160847
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
770 L Street, Suite 1449
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0061-LKK (GGH) |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | Judge: Hon. Lawrence K. Karlton |
| FREDERICK SCOTT SALYER, | Date Comp. Filed: February 18, 2010<br>Trial Date: April 17, 2012 |
| Defendant. | |

1 | **WHEREAS**, on February 21, 2012, third party movant The Morning Star Packing Company, L.P. ("Morning Star") filed a Motion to Quash Subpoenas served upon Morning Star and Don Vilfer (the "Subpoenas") [Dkt. 463] and noticed the motion for hearing at 9:15 a.m. on March 6, 2012;

**WHEREAS**, on February 23, 2012, the United States filed a Motion for Rule 49(c) Notice of the Court's Orders [Dkt. 464] and notice the motion for hearing at 9:15 a.m. on March 6, 2012;

**WHEREAS**, the United States also intends to file a motion for reciprocal discovery;

**WHEREAS**, the United States, Salyer, and Morning Star have met and conferred and have agreed to re-notice Morning Star's motion to quash and the United States' motion for Rule 49(c) notice, and to notice the United States' motion for reciprocal discovery on the same date;

**WHEREAS**, the Court has agreed to set the hearings on these three motions for 10:00 a.m. on March 16, 2012;

**WHEREAS**, the United States, Salyer, and Morning Star have met and conferred about a suitable briefing schedule, and based on that meet and confer, the parties hereby stipulate and agree:

1. Salyer will file his opposition to Morning Star's Motion to Quash on March 2, 2012, and Morning Star will file its reply in support of the motion on March 9, 2012;

2. Salyer will file his opposition to the United States' motion for Rule 49(c) notice on March 5, 2012, and the United States will file its reply on March 9, 2012;

3. The United States will file its motion for reciprocal discovery on March 2, 2012; Salyer will file his opposition to that motion on March 9, 2012; and the United States will file its reply on March 14, 2012;

4. The hearing on all three motions will be held before Judge Karlton on March 16, 2012 at 10:00 a.m.;

5. Should the Court deny Morning Star's motion to quash in whole or in part, the return date for the Subpoenas shall be set for 10 court days from the Court's issuance of its

1 | written order;

2 |       6.    Salyer also agrees that he will not seek any additional Rule 17 orders for early return unless the orders are filed on ECF.

Dated: February 28, 2012                                    KEKER & VAN NEST LLP

                                                                   */s/ Elliot R. Peters*
By:    JOHN KEKER
         ELLIOT R. PETERS
         BRIAN L. FERRALL

Attorneys for Defendant
FREDERICK SCOTT SALYER

Dated: February 28, 2012                                    UNITED STATES OF AMERICA

By:    MATTHEW D. SEGAL
         Assistant United States Attorney

Dated: February 28, 2012                                    WEINTRAUB GENSHLEA CHEDIAK
                                                              TOBIN & TOBIN

                                                  */s/ Dale Campbell*
By:    DALE CAMPBELL

Attorneys for Third Party
THE MORNING STAR PACKING
COMPANY, L.P.

**IT IS SO ORDERED**.

Dated: February 29, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

631415.01