| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| 2 | JOHN KEKER, #49092<br>ELLIOT R. PETERS, #158708 |
| 3 | BRIAN L. FERRALL, #160847<br>633 Battery Street |
| 4 | San Francisco, CA 94111-1809<br>Telephone: 415 391 5400 |
| 5 | Facsimile: 415 397 7188 |
| 6 | SEGAL & KIRBY LLP<br>MALCOLM S. SEGAL - #075481 |
| 7 | 770 L Street, Suite 1449<br>Sacramento, CA 95814 |
| 8 | Telephone: (916) 441-0828<br>Facsimile: (916) 446-6003 |
| 9 | Attorneys for Defendant |
| 10 | FREDERICK SCOTT SALYER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0061-LKK |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| FREDERICK SCOTT SALYER, | |
| Defendant. | |

By and through their undersigned counsel, the parties hereby stipulate and agree:

1. The Court's deadline in its September 12, 2011 scheduling order [Dkt. 376] should be extended to allow Defendant Salyer to file a motion to dismiss by March 23, 2012;

2. The United States will file any opposition to that motion by April 6, 2012;

3. Defendant Salyer will file any reply in support of the motion by April 13, 2012; and

4. The hearing on any such motion shall be noticed for the same date as the hearing on any motions *in limine* filed in this matter.

Dated: March 8, 2012                             KEKER & VAN NEST LLP

                                                  */s/ John W. Keker*
                                         By:     JOHN KEKER
                                                 ELLIOT R. PETERS
                                                 BRIAN L. FERRALL

                                                 Attorneys for Defendant
                                                 FREDERICK SCOTT SALYER

Dated: March 8, 2012                             UNITED STATES OF AMERICA

                                                  */s/ Matthew D. Segal*
                                         By:     MATTHEW D. SEGAL
                                                 Assistant United States Attorney

**IT IS SO ORDERED**.
Dated: March 9, 2012

                                         By:     _____
                                                 LAWRENCE K. KARLTON
                                                 SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT