UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                             CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

    Defendant.
_____/
IN RE:

SK FOODS, L.P.,

    Debtor.

BRADLEY D. SHARP,                   CIV. NO. S-10-810 LKK

    Plaintiff,

        v.

SCOTT SALYER, et al.,

    Defendants.
_____/

////

////

////

```
IN RE:

SK FOODS, L.P.,

         Debtor.

BRADLEY D. SHARP,                              CIV. NO. S-10-811 LKK

         Plaintiff,

            v.

SKF AVIATION, LLC, et al.,

         Defendants.
_____/
IN RE:

SK FOODS, L.P.,

         Debtor.

BRADLEY D. SHARP,                              CIV. NO. S-10-812 LKK

         Plaintiff,

            v.

SSC FARMS 1, LLC, et al.,

         Defendants.
_____/
IN RE:

SK FOODS, L.P.,

         Debtor.

ROBERT PRUETT,                                 CIV NO. S-12-669 MCE

         Appellant,

            v.                                 RELATED CASE ORDER

BRADLEY D. SHARP,
CHAPTER 11 TRUSTEE,

         Appellee.
_____/

////
```

The above-captioned case is an appeal of an order of the Bankruptcy Court holding Robert Pruett (and others) in contempt for violating a preliminary injunction. The court is in receipt of the Trustee's notice that this case is related to Sharp v. Salyer (In re SK Foods, L.P.), Civ. No. 2:10-cv-810 LKK, Sharp v. SKF Aviation, LLC (In re SK Foods, L.P.), Civ. No. 2:10-cv-811 LKK, and Sharp v. SSC Farms 1, LLC (In re SK Foods, L.P.), Civ. No. 2:10-cv-812 LKK. This court previously upheld the preliminary injunctions on appeal from the related cases.

Accordingly the court ORDERS as follows:

1. The bankruptcy appeal denominated Civ. No. 2:12-cv-669 MCE is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:12-cv-669 LKK.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: March 29, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT