UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                      CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

    Defendant.
_____/
IN RE:

SK FOODS, L.P.,

    Debtor.

BRADLEY D. SHARP,                  CIV. NO. S-10-810 LKK

    Plaintiff,

        v.

SCOTT SALYER, et al.,

    Defendants.
_____/

////

////

////

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  ROBERT PRUETT,                              CIV NO. S-12-669 LKK
 5          Appellant,
 6              v.
 7  BRADLEY D. SHARP,
    CHAPTER 11 TRUSTEE,
 8
            Appellee.
 9  _____/
    IN RE:
10
    SK FOOD, L.P., a California
11  limited partnership, et al.,
12          Debtors.
13  BRADLEY D. SHARP, Chapter 11
    Trustee,
14
            Appellant,                         CIV NO. S-12-775 LKK
15
                v.
16
    SSC FARMS 1, LLC, et al.,
17
            Appellees.
18  _____/
19  ////
20  ////
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P., a California
    limited partnership,
 3
              Debtor.
 4
    CARY COLLINS and COLLINS &
 5  ASSOCIATES,
 6            Appellants,                    CIV. NO. S-12-0655 GEB
 7              v.
 8  BRADLEY D. SHARP, Chapter 11
    Trustee,
 9            Appellee.
    _____/
10  IN RE:
11  SK FOODS, L.P., a California
    limited partnership, et al.,
12
              Debtors.
13
    SSC FARMS 1, LLC, et al.,
14
              Appellants,                    CIV. NO. S-12-0894 JAM
15
                v.
16
    BRADLEY SHARP, et al.,                   RELATED CASE ORDER
17
              Appellees.
18  _____/
```

The above-captioned cases are bankruptcy appeals. The court is in receipt of notices that the above-captioned appeals are related to <u>Sharp v. Salyer (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-810 LKK (and its previously related cases), and also to <u>Pruett v. SSC Farms (In re SK Foods, L.P.)</u>, Civ. No. 2:12-669 LKK and <u>Sharp v. SSC Farms (In re SK Foods, L.P.)</u>, Civ. No. 2:12-775 LKK.

Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

3

Accordingly the court ORDERS as follows:

1. The bankruptcy appeals denominated Civ. No. 2:12-cv-655 GEB and Civ. No. 2:12-cv-894 JAM are REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-cv-655 LKK and Civ. No. 2:12-cv-894 LKK.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 13, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT