UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FREDERICK SCOTT SALYER,

        Defendant.
_____/

NO. CR. S-10-061 LKK

O R D E R

Defendant has filed an application to modify conditions of pretrial release. Accordingly, the court orders as follows:

    1.   Defendant's pretrial services officer is to provide the court and counsel its recommendation as to defendant's request for modification of the conditions of release within ten (10) days.

    2.   The government shall file its opposition, if any, not later than fifteen (15) days thereafter.

    3.   The defendant may respond not later than ten (10) days thereafter.

////

1

IT IS SO ORDERED.

DATED: April 26, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT