UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                                CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

    Defendant.
_____/
In re:

SK FOODS, L.P., a California limited partnership,

    Debtors.
_____/

BRADLEY D. SHARP, et al.,

    Plaintiffs,

        v.                                CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

    Defendants.
_____/

////

////

////

```
IN RE:

SK FOODS, L.P., a California
limited partnership,

         Debtors.
_____/
BRADLEY D. SHARP, et al.,

         Plaintiffs,

              v.                    CIV. NO. S-11-1841 LKK

SCOTT SALYER, as trustee of
the Scott Salyer Revocable
Trust, et al.,

         Defendants.
_____/
IN RE:

SK FOODS, L.P., a California
limited partnership,

         Debtors.
_____/
BRADLEY D. SHARP, et al.,

         Plaintiffs,

              v.                    CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

         Defendants.
_____/
IN RE:

SK FOODS, L.P.,

         Debtor.

SCOTT SALYER,
                                    CIV. NO. S-10-3467 LKK
         Plaintiff,

              v.
SK FOODS, LP,

         Defendants.
_____/
```

```
1   IN RE:
2   SK FOODS, L.P.,
3          Debtor.
4   NAGELEY, MEREDITH & MILLER, INC.,
5          Appellant,                    CIV. NO. S.12-0940 JAM
6          v.
7   BRADLEY D. SHARP, et al.,            O R D E R
8          Appellee.
                                    /
```

The court is in receipt of a notice that <u>Nageley, Meredith & Miller, Inc. v. Sharp (In re SK Foods, L.P.)</u>, Civ. No. S. 12-940 JAM, is related to <u>In re SK Foods, L.P.</u>, Civ. No. S. 10-3467 LKK, <u>Sharp v. SKF Aviation, LLC (In re SK Foods, L.P.)</u>, Civ. No. S. 11-1840 LKK, <u>Sharp v. Salyer (In re SK Foods, L.P.)</u>, Civ. No. S. 11-1841 LKK, and <u>Sharp v. SSC Farms I, LLC (In re SK Foods, L.P.)</u>, Civ. No. S. 11-1842 LKK.

Examination of the cases shows that Civ. No. S.12-940 JAM is not related to the other cases, in the sense contemplated by E.D. Cal. R. 123(c), as this case is a collateral matter not apparently related to the issues involved in the other cases.

The court therefore **DECLINES** to relate them.

IT IS SO ORDERED.

DATED: May 1, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT