BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
MATTHEW D. SEGAL
JARED C. DOLAN
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Divsion
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00061-LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING REGARDING PETITION FOR ADJUDICATION OF THE VALIDITY OF INTEREST IN PROPERTY BY BANK OF MONTREAL |
| FREDERICK SCOTT SALYER, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioner Bank of Montreal, Todd J. Dressel, that:

WHEREAS, following the Bank of Montreal's filing an ancillary petition on November 30, 2012, the Court set a briefing schedule calling for the United States to

1

Stipulation and Order to Continue Briefing
Schedule and Hearing

respond by December 21, 2012, and the petitioner to file a reply, if any, seven days thereafter. A hearing on the Bank of Montreal's ancillary petition is currently set for January 8, 2013 at 9:15 a.m. To date, the Bank of Montreal is the only party to assert an interest in the funds.

Following the Court's entry of a preliminary order of forfeiture on September 27, 2012, the United States provided notice to potential claimants pursuant to 21 U.S.C. § 853(n), 18 U.S.C. § 1963(1) and Local Rule 171. The deadline to file a petition is currently December 20, 2012 for those that received direct notice, and the deadline is January 7, 2013 for those that received notice by publication. At least one potential claimant has indicated it will soon file an ancillary petition to adjudicate its alleged interest in the forfeited property. As a consequence of the unexpired statutory deadline and the expectation of future ancillary petitions, the parties hereby stipulate and agree:

1. The United States' time to respond to the Bank of Montreal's petition for adjudication of the validity of interest in property, currently set for December 21, 2012, with the Court's approval, be continued to February 8, 2013.

2. The hearing regarding Bank of Montreal's petition for adjudication of the validity of interest in property, currently set for January 8, 2013 at 9:15 a.m., be continued until February 26, 2013 at 9:15 a.m.

The extension of the briefing schedule and ancillary hearing has no impact on the Judgment and Sentencing currently set for January 8, 2013 at 9:15 a.m. The ancillary proceeding is not a part of sentencing. Fed. R. Crim. P. 32.2(c)(4). In addition, 21 U.S.C. § 853(n)(4) provides that the Court may consolidate the ancillary hearings when more than one third party petition is filed. At sentencing, the preliminary order of forfeiture will be made final as to the defendant and any third party interests will proceed to the ancillary proceeding under Rule 32.2 and 21 U.S.C. § 853. If the Court determines that any interest of a petitioner is superior to that of the United States, the forfeiture order will be amended to reflect the nonforfeitable interest.

WHEREFORE, based on the foregoing, the United States and Petitioner hereby stipulate that the United States' response to the petition be extended to February 8, 2013, and the ancillary hearing be continued to February 26, 2013 at 9:15 a.m.

Dated: 12/13/12                                             BENJAMIN B. WAGNER
                                                            United States Attorney

                                                   By:      /s/ Kevin C. Khasigian
                                                            KEVIN C. KHASIGIAN
                                                            Assistant U.S. Attorney

Dated: 12/13/12                                             /s/ Todd J. Dressel
                                                            TODD J. DRESSEL
                                                            Attorney for Petitioner Bank of
                                                            Montreal
                                                            (Authorized by email)

## ORDER

IT IS SO ORDERED.

Dated: December 18, 2012

_____
LAWRENCE K. KARLTON
United States District Judge