UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FREDERICK SCOTT SALYER,

        Defendant.

                                    /

NO. CR. S-10-061 LKK

O R D E R

The court is in receipt of defendant's request to file under seal F. Scott Salyer's sentencing memorandum and objections to the presentence report, as well as the declaration of Paven Malhotra and accompanying exhibits. Accompanying that request is the defendant's request for oral argument, if the court is disinclined to grant the request to seal. In addition, the court is in receipt of the opposition by the United States and an opposition filed by a non-party, the Sacramento Bee.

The Sacramento Bee's opposition contains a request to intervene in this case for the limited purpose of opposing the

1

request to seal. The Sacramento Bee's request is **GRANTED**.

The court does not believe that oral argument would be useful, and accordingly, **DENIES** defendant's request for oral argument.

Upon review of the request to seal, the oppositions and the reply, the request to seal is **DENIED**. Accordingly, defendant's documents submitted for sealing will not become a part of the court's records nor be considered for any purpose.

If defendant wishes to submit public objections to the presentence report, he shall do so no later than February 5, 2013 at 4:30 p.m.

It is further ordered that for good cause, the sentencing hearing is **CONTINUED** to February 15, 2013 at 10:00 a.m.

IT IS SO ORDERED.

DATED: January 29, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT