BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
MATTHEW D. SEGAL
JARED C. DOLAN
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00061-LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING ON ANCILLARY PETITIONS FILED UNDER RULE 32.2 |
| FREDERICK SCOTT SALYER, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioner Bank of Montreal, Todd J. Dressel, and counsel for petitioners Caroline G. Salyer and Stefanie A. Gallegly, Steven J. Williamson, and petitioner Robert Pruett, Trustee of the Caroline G. Salyer and Stefanie A. Gallegly Irrevocable Trusts dated March 29, 1999,

1

that:

WHEREAS, the Court set a briefing scheduling calling for the United States to respond to the ancillary petitions by February 8, 2013, and the petitioners to file a reply, if any, seven days thereafter. A hearing on the ancillary petitions is currently set for February 26, 2013 at 9:15 a.m.

Following the Court's entry of a preliminary order of forfeiture on September 27, 2012, the United States provided notice to potential claimants pursuant to 21 U.S.C. § 853(n), 18 U.S.C. § 1963(1) and Local Rule 171. The deadline to file a petition was December 20, 2012 for those that received direct notice, and January 7, 2013 for those that received notice by publication. The claims period has expired and no other parties have appeared in this forfeiture proceeding.

To allow the United States additional time to coordinate with Andorran authorities regarding the status and acquisition of the overseas funds forming the basis of the ancillary dispute and because the repatriation of the overseas funds is conditioned on the entry of a Final Order of Forfeiture, the parties hereby stipulate and agree:

1. The United States' time to respond to the ancillary petitions for adjudication of the validity of interest in property, currently set for February 8, 2013, with the Court's approval, be continued to March 15, 2013.

2. The hearing regarding the petitions for adjudication of the validity of interest in property, currently set for February 26, 2013 at 9:15 a.m., be continued until April 9, 2013 at 9:15 a.m.

The extension of the briefing schedule and ancillary hearing has no impact on the Judgment and Sentencing currently set for February 15, 2013 at 9:15 a.m. The ancillary proceeding is not a part of sentencing. Fed. R. Crim. P. 32.2(c)(4). At sentencing, the preliminary order of forfeiture will be made final as to the defendant and any third party interests will proceed to the ancillary proceeding under Rule 32.2 and 21 U.S.C. § 853. If the Court determines that any interest of a petitioner is superior to that of the United

2

States, the forfeiture order will be amended to reflect the nonforfeitable interest.

WHEREFORE, based on the foregoing, the United States and Petitioners hereby stipulate that the United States' response to the petition be extended to March 15, 2013, and the ancillary hearing be continued to April 9, 2013 at 9:15 a.m.

Dated: 1/31/13   BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 1/30/13   /s/ Todd J. Dressel
TODD J. DRESSEL
Attorney for Petitioner Bank of Montreal
(Signature retained by attorney)

Wilke, Fleury, Hoffelt. Gould & Birney, LLP

Dated: 1/30/13   /s/ Steve J. Williamson
STEVEN J. WILLIAMSON
Attorney for Petitioners Caroline G.
Salyer and Stefanie A. Gallegly
(Signature retained by attorney)

Dated: 1/31/13   /s/ Robert Pruett
ROBERT PRUETT
Trustee of the Caroline G. Salyer and
Stefanie A. Gallegly Irrevocable
Trusts dated March 29, 1999
(Authorized by phone)

**ORDER**

IT IS SO ORDERED.

Dated: February 4, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT