UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>FREDERICK SCOTT SALYER,<br><br>        Defendant. | CR. NO. S-10-061 LKK |
| In re:<br><br>SK FOODS, LP, a California limited partnership, et al.,<br><br>        Debtors.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>        Plaintiff,<br><br>           v.<br><br>SKPM CORP., et al.,<br>        Defendants. | CIV. NO. S-11-2369 LKK |

////

////

////

////

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  SCOTT SALYER, et al.,                              CIV. S-11-2987 LKK
 5          Appellants,
 6              v.
 7  SK FOODS, L.P., et al.,
 8          Appellees.
                                          /
 9  IN RE:
10  SK FOODS, L.P., a California
    limited partnership, et al.,
11
            Debtor.
12
    BANK OF MONTREAL, as Administrative
13  Agent, Successor by Assignment to
    Debtors SK Foods, L.P. and RHM
14  Industry Specialty Foods, Inc.,
    a California Corporation, d/b/a                   CIV. S-13-0237 JAM
15  Colusa County Canning Co.,
16          Plaintiff,
17              v.
18  CARY SCOTT COLLINS, an individual
    doing business as Collins and                     RELATED CASE ORDER
19  Associates; FREDERICK SCOTT SALYER,
    an individual, SAS 1999 TRUST;
20  CGS 1999 TRUST; CGS 2007 TRUST;
    STEFANIE A. SALYER, an individual
21  CAROLINE G. SALYER, an individual,
22          Cross-defendants.
                                          /
23
24      The court is in receipt of a notice that the above-captioned
25  case is related to the previously related cases 2:11-cv-2369 LKK,
26  2:11-cv-2987 LKK and 2:10-cr-61 LKK.  The notice was filed by Cary
```

Scott Collins, a defendant in the underlying case, <u>Bank of Montreal v. Collins</u>, Bankr. Adv. Proc. No. 11-2340 (Bankr. E.D. Cal.), who has moved to withdraw the reference of the underlying case from the Bankruptcy Court, and to proceed with the matter in this court.

Examination of these cases shows that they appear to be related. Related cases are generally assigned to the judge presiding over the case with the lowest number. <u>See</u> E.D. Cal. R. 123(c). Accordingly the court ORDERS as follows:

1. The action denominated 2:13-cv-237 JAM is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings.

2. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:13-cv-237 LKK.

3. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 21, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT