KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
ELLIOT R. PETERS - # 158708
epeters@kvn.com
PAVEN MALHOTRA - # 258429
pmalhotra@kvn.com
JUSTINA SESSIONS - # 270914
jsessions@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003

Attorney for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0061-LKK (GGH) |
| Plaintiff, | **STIPULATION AND ORDER REGARDING CONDITIONS OF RELEASE** |
| v. | |
| FREDERICK SCOTT SALYER, | Judge:     Hon. Lawrence K. Karlton |
| Defendant. | |

1 | This Court has recognized Mr. Salyer's longstanding and significant alcohol abuse
2 | problems, and has recommended that Mr. Salyer participate in a substance abuse counseling
3 | program while incarcerated. The Pre-trial Services Officer handling Mr. Salyer's case has
4 | recommended Mr. Salyer enter pre-prison counseling for alcohol abuse as soon as possible. For
5 | such counseling to begin, however, a modification to the conditions of Mr. Salyer's pretrial
6 | release is necessary.

Mr. Salyer and the Government hereby stipulate and agree, subject to the Court's approval, that the terms of Mr. Salyer's pretrial release should be modified to include the following condition:

1. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Dated: March 12, 2013

KEKER & VAN NEST LLP

By: */s/ Justina Sessions*
JUSTINA SESSIONS

Attorney for Defendant
FREDERICK SCOTT SALYER

Dated: March 12, 2013

UNITED STATES OF AMERICA

By: */s/ Jared Dolan* (as authorized on March 12, 2013)
JARED DOLAN
Assistant United States Attorney

**IT IS SO ORDERED.**

**Dated: March 15, 2013**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT