BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
MATTHEW D. SEGAL
JARED C. DOLAN
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Divsion
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SCOTT SALYER,<br><br>Defendant. | 2:10-CR-00061-LKK<br><br>ORDER REGARDING JOINT REQUEST FOR AN ORDER AUTHORIZING DISCOVERY PURSUANT TO FED. CRIM. P. RULE 32.2 |

## **ORDER**

On March 21, 2013, the United States of America and Petitioner Bank of Montreal, as Administrative Agent ("*BMO*") jointly requested an order allowing discovery to proceed in the ancillary proceeding pursuant to Rule 32.2(c)(1)(B) of the Federal Rules of Criminal Procedure related to the petition filed by BMO. In the joint request, the United States

and BMO proposed the following schedule:

| Event | Timing |
|---|---|
| Discovery Cutoff | June 3, 2013 |
| Last Day to File Dispositive Motions | July 5, 2013 |
| Ancillary Hearing | **August 6, 2013 at 9:15 a.m.** |

After having read and considered the joint request and the United States' Motion in Support of Motion Under Fed. R. Crim P. 32(c)(1)(B) for an Order Authorizing Discovery, the Court authorizes the United States and BMO to conduct discovery pursuant to Fed. R. Crim. P. 32.2(c)(1)(B). The above litigation schedule is adopted and the April 9, 2013 ancillary hearing regarding BMO's petition is vacated.

### ORDER

IT IS SO ORDERED

Dated: March 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT