UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

FREDERICK SCOTT SALYER,

        Defendant.

NO. CR. S-10-061 LKK

O R D E R

The court is in receipt of the March 29, 2013 Order from the Ninth Circuit granting mandamus, and ordering this court to (1) vacate its March 14, 2013 judgment "with respect to restitution," and (2) determine the restitution motion without regard to defendant Salyer's "claimed financial status and the potential availability of civil remedies."

Although this court strongly disagrees, it is of course bound by the order of the Ninth Circuit. Accordingly,

1. The March 14, 2013 Amended Judgment (ECF No. 569), is **VACATED** with respect to restitution only; and

1

2. Pursuant to 18 U.S.C. § 3664(d)(6) and 28 U.S.C. § 636(b)(3), the request for restitution by Morningstar Packing Company (see ECF No. 555), is hereby **REFERRED** to Magistrate Judge Dale A. Drozd (chosen pursuant to random selection), for consideration of the matter and the submission back to this court of Findings and Recommendations.

IT IS SO ORDERED.

DATED: March 29, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT