UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FREDERICK SCOTT SALYER,

        Defendant.

NO. CR. S-10-061 LKK

O R D E R

The defendant's motion to delay surrender is DENIED.

IT IS SO ORDERED.

DATED: April 3, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT