UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

FREDERICK SCOTT SALYER,

        Defendant.

                                                 /

NO. CR. S-10-061 LKK

O R D E R

On March 29, 2013, this court referred the request for restitution by Morningstar Packing Company to the Magistrate Judge (ECF No. 589). Kraft Foods has now requested that the court clarify that order to ensure that it is included in any restitution proceedings (ECF No. 591).

In addition, defendant Salyer has now filed a Motion To Exonerate Bond and for Reconveyance of Real Property (ECF No. 598). The government has advised the court that it intends to oppose the motion. This motion appears to be related to the requests for restitution.

Accordingly, the court orders as follows:

1. The court hereby **CLARIFIES** that all requests for restitution in this case are referred to the Magistrate Judge.

2. The Motion To Exonerate (ECF No. 598) is hereby **REFERRED** to Magistrate Judge Dale A. Drozd.

IT IS SO ORDERED.

DATED: April 18, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT