WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
MEGAN A. LEWIS (SBN 221263)
mlewis@wilkefleury.com
STEVEN J. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Stefanie Gallegly and Caroline Salyer, individually and as beneficiaries of the SAS 1999 Trust and the CGS 1999 Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>FREDERICK SCOTT SALYER,<br><br>   Defendant. | Case No. 2:10-CR-00061 LKK<br><br>**ORDER DENYING UNITED STATES' MOTION TO DISMISS UNDER FED. R. CRIM. P. 32.2(c)(1)(A)** |

The United States of America having filed a Response to the Ancillary Petitions of Stefanie Gallegly, Caroline Salyer and Robert Pruett as Trustee of the SAS 1999 Trust and CGS 1999 Trust (the "Petitioners") and Motion to Dismiss under Fed. R. Crim. P. 32.2(c)(1)(A) (the "Motion to Dismiss"); the Petitioners having opposed the Motion to Dismiss; the Court having reviewed the Motion to Dismiss and supporting documents; the Court having held a hearing on April 9, 2013 and having noted the appearance of counsel on the record; and good cause appearing,

/ / /

/ / /

/ / /

/ / /

944884.1

-1-

ORDER DENYING UNITED STATES' MOTION TO DISMISS

IT IS HEREBY ORDERED THAT:

1. The Motion to Dismiss (ECF No. 571) is DENIED.

DATED : May 7, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT