WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
MEGAN A. LEWIS (SBN 221263)
mlewis@wilkefleury.com
STEVEN J. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Stefanie Gallegly and Caroline Salyer, individually and as beneficiaries of the SAS 1999 Trust and the CGS 1999 Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SCOTT SALYER,<br><br>Defendant. | Case No. 2:10-CR-00061 LKK<br><br>**ORDER REGARDING JOINT REQUEST FOR AN ORDER AUTHORIZING DISCOVERY PURSUANT TO FED. R. CRIM. P. 32.2** |

On May 3, 2013, the United States of America (the "United States") and Petitioners Stefanie Gallegly and Caroline Salyer, individually and as beneficiaries of the SAS 1999 Trust and the CGS 1999 Trust, and Petitioner Robert Pruett, in his Capacity as Trustee of the SAS 1999 Trust and the CGS 1999 Trust (who together with Stefanie Gallegly and Caroline Salyer are referred to hereinafter collectively as the "Petitioners") jointly requested an order allowing discovery to proceed in the ancillary proceeding pursuant to Rule 32.2(c)(1)(B) of the Federal Rules of Criminal Procedure related to the petitions filed by the Petitioners. In the joint request, the United States and Petitioners proposed that discovery track the deadlines already set with regard to the petition filed by Bank of Montreal, as Administrative Agent (See Order, ECF No. 582.) Thus, the United States and Petitioners proposed the following discovery schedule:

- Discovery Cutoff                                             August 5, 2013
- Last Day to File Dispositive Motions       September 6, 2013
- Ancillary Hearing                                  October 8, 2013 at 9:15 a.m.

The Court having read and considered the joint request; and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The United States and Petitioners are authorized to conduct discovery pursuant to Fed. R. Crim. P. 32.2(c)(1)(B); and

2. The above litigation schedule is adopted.

DATED : May 8, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT