BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00061-LKK |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE DISCOVERY, MOTION, AND ANCILLARY HEARING DATES; ORDER THEREON |
| FREDERICK SCOTT SALYER, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States and Petitioners Bank of
Montreal, Stefanie A. Gallegly and Caroline G. Salyer, individually and as beneficiaries of
the Caroline G. Salyer and Stefanie A. Gallegly Irrevocable Trusts dated March 29, 1999,
and Robert Pruett, trustee of the Caroline G. Salyer and Stefanie A. Gallegly Irrevocable
Trusts dated March 29, 1999, by and through their undersigned attorneys, THAT:

1.      Subject to the Court's approval, the United States and Petitioners propose to
continue dates currently set for Discovery Cutoff, Dispositive Motions Cutoff, and the
Ancillary Hearing Date,[1] to September 3, October 3, and November 12, 2013, respectively,
in order to allow the parties to coordinate international discovery requests with the

---

[1] The litigation schedule for each petitioner is set forth in the below chart.

governments of Liechtenstein and Andorra. Given the nature of the case and types of documents requested (bank records), the United States understands that it will take several months to obtain the bank account information from Andorra and Liechtenstein.

2.      The proposed continuances are further necessary in light of the parties' need to sync the discovery schedules among other petitioners in the ancillary proceeding, which all involve the international requests for information to Liechtenstein and Andorra. As explained in previous court filings, the forfeited funds at issue in the ancillary proceeding are currently overseas and the petitioners' claims are premised on tracing funds through various bank accounts in the United States, Liechtenstein and Andorra. The bank account information is necessary to resolve the factual disputes underlying the petitions filed in the ancillary proceeding.

3.      The proposed litigation schedule:

| Event | Old Dates (Bank of Montreal) | Old Dates (Daughters) | New Dates |
|---|---|---|---|
| Discovery Cutoff | June 3, 2013 | August 5, 2013 | September 3, 2013 |
| Last Day to File Dispositive Motions | July 5, 2013 | September 6, 2013 | October 3, 2013 |
| Ancillary Hearing | August 6, 2013 at 9:15 am | October 8, 2013 at 9:15 am | November 13, 2013 at 9:15 am |

Dated:  5/29/13

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                By:     /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney

Dated:  5/29/13

                                        /s/ Todd J. Dressel
                                        TODD J. DRESSEL
                                        Attorney for Petitioner Bank of
                                        Montreal
                                        (Authorized by phone)

Stipulation to Continue Discovery, Motion, and
Ancillary Hearing Dates; Order Thereon

Dated: 5/29/13

/s/ Steven J. Williamson
STEVEN J. WILLIAMSON
Attorney for Petitioners Stefanie A.
Gallegly and Caroline G. Salyer,
individually and as beneficiaries of
the Caroline G. Salyer and Stefanie
A. Gallegly Irrevocable Trusts dated
March 29, 1999
(Authorized by email)

Dated: 5/29/13

/s/ Stephanie J. Finelli
STEPHANIE J. FINELLI
Attorney for Robert Pruett, trustee of
the Caroline G. Salyer and Stefanie
A. Gallegly Irrevocable Trusts dated
March 29, 1999
(Authorized by email)

## ORDER

IT IS HEREBY ORDERED THAT:

1. Discovery cutoff is set for 09/03/2013;

2. Last day to file dispositive motions set for 10/03/2013; and

3. Ancillary Hearing set for **11/13/2013 at 09:15 AM** in Courtroom 4 before

Judge Lawrence K. Karlton

Dated: June 7, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3