UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. NO. S-10-061 LKK |
| v. | |
| FREDERICK SCOTT SALYER, | |
| Defendant. | |

In re:

SK FOODS, LP, a California limited partnership, et al.,

    Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

    Plaintiff,               CIV. NO. S-11-2369 LKK

    v.

SKPM CORP., et al.,
    Defendants.

////

////

////

////

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3           Debtor.
 4  SCOTT SALYER, et al.,                              CIV. S-11-2987 LKK
 5           Appellants,
 6              v.
 7  SK FOODS, L.P., et al.,
 8           Appellees.
                                            /
 9  IN RE:
10  SK FOODS, L.P., a California
    limited partnership, et al.,
11
             Debtor.
12
    CSSS, L.P. d/b/a CENTRAL VALLEY
13  SHIPPERS,                                          CIV. S-13-0522 JAM
14           Appellant,
15              v.
16  BANK OF MONTREAL, as Administrative
    Agent, successor by Assignment                     RELATED CASE ORDER
17  to Debtors SK Foods, L.P. and
    RHM Industrial Specialty Foods,
18  Inc., a California corporation,
    d/b/a Colusa County Canning Co.,
19
             Appellee.
20                                          /
```

The court is in receipt of a notice from defendant-appellant CSSS, L.P. d/b/a Central Valley Shippers, that <u>CSSS v. BMO (In re SK Foods)</u>, Civ. No. 2:13-cv-522-JAM, is related to Civ. Nos. 2:11-cv-2369-LK, 2:11-cv-2987-LKK (closed) and 2:10-cr-61-LKK (closed).[1]

---

[1] CSSS also asserts that this case is related to 2:12-cv-669-LKK (closed), however, that case was dismissed before any

Examination of these cases shows that they are related within the meaning of E.D. Cal. R. 123(c), pursuant to which, related cases are re-assigned to the judge with the lower numbered case.

Accordingly the court ORDERS as follows:

1. The case denominated Civ. No. 2:13-cv-522-JAM is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:13-cv-522-LKK.

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 14, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

substantive proceedings had occurred. Accordingly, it will be excluded from this Related Case Order.

3