```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,
                                        CR. NO. S-10-061 LKK
          v.

FREDERICK SCOTT SALYER,

          Defendant.
_____/
In re:

SK FOODS, L.P., a California           CIV. S-13-1363 MCE
limited partnership,

          Debtor.

BRADLEY D. SHARP, Chapter 11
Trustee,

          Plaintiff,                   RELATED CASE ORDER

          v.

SEGAL & KIRBY, LLP,

          Defendant.
_____/
```

The court is in receipt of two notices that <u>Sharp v. Segal & Kirby LLP (In re SK Foods, L.P.)</u>, Civ. No. 2:13-cv-1363-MCE, is

////

related to 2:10-cr-61-LKK, 2:8-cv-3017-KJM and 2:9-cv-208-KJM.[1] Examination of the cases shows that the case is related to U.S. v. Salyer, 2:10-cr-61-LKK, but that it is not related to the other two cases. Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

Accordingly the court ORDERS as follows:

1. The case denominated Civ. No. 2:13-cv-1363-MCE is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:13-cv-1363-LKK.

2. The Clerk of the Court make shall make appropriate adjustments in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: July 29, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] One notice was filed by Segal & Kirby LLP, as attorneys for Frederick Scott Salyer. See U.S. v. Salyer, 2:10-cv-61-LKK (ECF No. 631). The second notice was filed by Steven S. Altman, as attorneys for Segal & Kirby LLP. See Sharp v. Segal & Kirby LLC (In re SK Foods, L.P.), 2:13-1363-MCE (ECF No. 202).