| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | BENJAMIN B. WAGNER<br>United States Attorney<br>MATTHEW D. SEGAL<br>KEVIN C. KHASIGIAN<br>Assistant U. S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 6 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SCOTT SALYER,<br><br>Defendant. | 2:10-CR-00061-LKK<br><br>STIPULATION TO CONTINUE DISCOVERY, MOTION, AND ANCILLARY HEARING DATES; ORDER THEREON |

IT IS HEREBY STIPULATED between the United States and Petitioners Bank of Montreal, Stefanie A. Gallegly and Caroline G. Salyer, individually and as beneficiaries of the Caroline G. Salyer and Stefanie A. Gallegly Irrevocable Trusts dated March 29, 1999, and Robert Pruett, trustee of the Caroline G. Salyer and Stefanie A. Gallegly Irrevocable Trusts dated March 29, 1999, by and through their undersigned attorneys, THAT:

1. Subject to the Court's approval, the United States and Petitioners propose to continue dates currently set for Discovery Cutoff, Dispositive Motions Cutoff, and the Ancillary Hearing Date, to January 8, February 12, and March 18, 2014, respectively, in order to allow the parties to coordinate international discovery requests with the governments of Liechtenstein and Andorra. Given the nature of the case and types of

1

Stipulation to Continue Discovery, Motion, and
Ancillary Hearing Dates; Order Thereon

documents requested (bank records), the United States understands that it will take several additional months to obtain the bank account information from Andorra and Liechtenstein.

Dated: 8/27/13                                     BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/27/13                                     /s/ Todd J. Dressel
TODD J. DRESSEL
Attorney for Petitioner Bank of Montreal
(Authorized by phone)

Dated: 8/23/13                                     /s/ Steven J. Williamson
STEVEN J. WILLIAMSON
Attorney for Petitioners Stefanie A. Gallegly and Caroline G. Salyer, individually and as beneficiaries of the Caroline G. Salyer and Stefanie A. Gallegly Irrevocable Trusts dated March 29, 1999
(Signature retained by attorney)

Dated: 8/26/13                                     /s/ Stephanie J. Finelli
STEPHANIE J. FINELLI
Attorney for Robert Pruett, trustee of the Caroline G. Salyer and Stefanie A. Gallegly Irrevocable Trusts dated March 29, 1999
(Signature retained by attorney)

# ORDER

IT IS HEREBY ORDERED THAT:

1. Discovery cutoff is set for 1/08/2014;

2. Last day to file dispositive motions set for 2/12/2014; and

3. Ancillary Hearing set for 3/18/2014 at 9:15 a.m. in Courtroom 4 before Judge Lawrence K. Karlton.

Dated: September 3, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation to Continue Discovery, Motion, and Ancillary Hearing Dates; Order Thereon